| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MCDONNELL CROWLEY, LLC<br>115 Maple Avenue<br>Red Bank, New Jersey 07701<br>Telephone Number (732) 383-7233<br>Facsimile Number (732) 383-7531<br>Attorneys for Debtors<br>By: John M. McDonnell, Esq. (8731) | Order Filed on August 5, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michael C. Murgo<br><br>                              Debtor. | Case No.:  18-17886<br><br>Chapter:  13<br><br>Judge:  CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____McDonnell Crowley, LLC_____, the applicant, is allowed a fee of $ \_\_\_\_\_385.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_0.00\_\_\_\_\_ for a total of $\_\_\_\_\_385.00\_\_\_\_\_ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_n/a\_\_\_\_ per month for \_\_\_\_n/a\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*