UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   MICHAEL C. MURGO

Case No: 18-17886 CMG
Chapter 13
Judge: Christine M. Gravelle

_____

NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY
_____

Albert Russo, Standing Chapter 13 Trustee, in this case proposes a compromise, or to settle a claim and/or action, as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on October 6, 2021 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 3 , 402 East State Street, Trenton, NJ (hearing to be scheduled for at least 28 days from the date of the filing of this notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action: The Debtor has filed a Motion to Allow Case to Close Early based upon payment in full earlier than the confirmed length of plan. The Trustee disputes completion of the plan as proposed.

> Pertinent terms of settlement: Resolution is for debtor to make additional payments as follows:
> $26,570 paid to date (41 mo) and an additional $200 per month for 8 months beginning 10/1/21.

Objections must be served on, and requests for additional information directed to:

Name:  Albert Russo, Standing Chapter 13 Trustee

Address: 1 AAA Drive, Suite 101, Robbinsville, NJ 08691

Telephone No:  609-587-6888

*Rev. 8/1/15*