Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  18–17886–CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael C. Murgo
   98 Oak Ridge Pkwy
   Toms River, NJ 08755–4102

Social Security No.:
   xxx–xx–1316

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Resolution of Trustee's objection to Debtor's Motion to allow case to close early.

Dated: September 3, 2021
JAN: pbf

                                                        Jeanne Naughton
                                                        Clerk