| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee<br><br>In Re:<br>　　**MICHAEL C. MURGO**<br>　　　　　**Debtor** | Order Filed on October 25, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  18-17886 CMG<br><br>Hearing:  10/20/21<br><br>Judge: Christine M. Gravelle |

## ORDER ON DEBTOR'S MOTION TO ALLOW CASE TO CLOSE EARLY

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: October 25, 2021**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

**THIS MATTER**, being opened to the Court on the return date Debtor's Motion to Allow the Case to Close Early, and, the Trustee having filed a Notice of Proposed Compromise; and, the parties having agreed to the terms of the Notice of Compromise; and, the Court having considered the Motion and Notice; and, for good cause shown,

**IT IS ORDERED** that the Debtor's plan shall be modified to pay a total of $28,170 in the plan as follows:

- $26,570 paid to date (41 mo)

- $200 x 8 months beginning 10/1/21