| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee<br><br>In Re:<br>**MICHAEL C. MURGO**<br>**Debtor** | Order Filed on October 25, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-17886 CMG<br><br>Hearing: 10/20/21<br><br>Judge: Christine M. Gravelle |

### ORDER ON DEBTOR'S MOTION TO ALLOW CASE TO CLOSE EARLY

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: October 25, 2021**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

1

**THIS MATTER**, being opened to the Court on the return date Debtor's Motion to Allow the Case to Close Early, and, the Trustee having filed a Notice of Proposed Compromise; and, the parties having agreed to the terms of the Notice of Compromise; and, the Court having considered the Motion and Notice; and, for good cause shown,

**IT IS ORDERED** that the Debtor's plan shall be modified to pay a total of $28,170 in the plan as follows:

- $26,570 paid to date (41 mo)

- $200 x 8 months beginning 10/1/21

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17886-CMG |
| Michael C. Murgo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 25, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael C. Murgo, 98 Oak Ridge Pkwy, Toms River, NJ 08755-4102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Debtor Michael C. Murgo jmcdonnell@mchfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6