| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael C. Murgo**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1316<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–17886–CMG | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael C. Murgo

12/30/21                                              **By the court:** Christine M. Gravelle
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael C. Murgo  
    Debtor

Case No. 18-17886-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 30, 2021      Form ID: 3180W      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Michael C. Murgo, 98 Oak Ridge Pkwy, Toms River, NJ 08755-4102 |
| 517604914 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517596357 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517466069 | | Citi Preferred Card, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 517466073 | + | Tamar Toradze, 25 Rockledge Ave, White Plains, NY 10601-1203 |
| 517513050 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 30 2021 20:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2021 20:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517466063 | | EDI: BANKAMER.COM | Dec 31 2021 01:03:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517466065 | | EDI: CAPITALONE.COM | Dec 31 2021 01:03:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517466064 | | EDI: CAPITALONE.COM | Dec 31 2021 01:03:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517466066 | | EDI: CAPITALONE.COM | Dec 31 2021 01:03:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517466067 | | EDI: CAPITALONE.COM | Dec 31 2021 01:03:00 | Capital One Bank, USA N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517596357 | | Email/PDF: bncnotices@becket-lee.com | Dec 30 2021 20:13:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517466068 | | Email/Text: clientservices@credit-control.com | Dec 30 2021 20:06:00 | Central Loan Admin, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517466070 | | EDI: CITICORP.COM | Dec 31 2021 01:03:00 | Citi Simplicity Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517588485 | + | EDI: CITICORP.COM | Dec 31 2021 01:03:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517466072 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2021 20:06:00 | Kohls/Capital One, N56W17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517609271 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 30 2021 20:13:06 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517590200 | + | EDI: MID8.COM | Dec 31 2021 01:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517466074 | | EDI: TDBANKNORTH.COM | Dec 31 2021 01:03:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 517466075 | | EDI: TFSR.COM | Dec 31 2021 01:03:00 | Toyota Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517466076 | | EDI: TFSR.COM | Dec 31 2021 01:03:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517777497 | | EDI: BL-TOYOTA.COM | Dec 31 2021 01:03:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517594799 | + | EDI: AIS.COM | Dec 31 2021 01:03:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517515018 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517534434 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517466071 | ## | Jessica Murgo, 401 Anthony Ave, Toms River, NJ 08753-7105 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Michael McDonnell | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2021 | Form ID: 3180W | Total Noticed: 24 |

on behalf of Debtor Michael C. Murgo jmcdonnell@mchfirm.com

Rebecca Ann Solarz

on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6